```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

John A. Drew,

    Plaintiff,

    v.                                    Case No. 2:14-cv-1069

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

<u>ORDER</u>

This matter is before the court for consideration of the March 30, 2015, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 10, p. 3. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court hereby adopts the report and recommendation (Doc. 10). This action is dismissed pursuant to Rule 41(b) for want of prosecution. The clerk is directed to enter judgment dismissing this case.

Date: April 17, 2015                      s/James L. Graham
                                          James L. Graham
                                          United States District Judge